*Andrew J. McDonald* and *Peter S. Olson,* in opposition.

Decided December 19, 2002

EDDIE PLAYER *v.* COMMISSIONER OF CORRECTION

*James M. Fox,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided December 19, 2002

STATE OF CONNECTICUT *v.* JAMES DIXON

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Donald J. O'Brien,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* MICHAEL A. YOUNG